UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV18-2636-CAS(JEMx) | Date | August 23, 2018 |
|---|---|---|---|
| Title | *COZY COMFORT COMPANY, LLC v. ONTEL PRODUCTS CORPORATION; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Catherine M. Jeang | Not Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - DECLARATION OF CHRISTOPHER FROST IN RESPONSE TO OSC RE SERVICE (Filed 08/10/18)[11]

The Court is in receipt of the above-referenced Declaration in response to this Court's Order to Show Cause[10]. The Court grants plaintiff's request and extends the Order to Show Cause to allow plaintiff to amend and serve the amended complaint.

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **September 24, 2018**, why this action should not be dismissed for lack of prosecution. In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider a proof of service of summons and complaint/amended complaint on **defendants** on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |